IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>ELMER GUY SMITH,<br>  Defendant. | CR-09-0441-TUC-CKJ-DTF<br><br>**ORDER** |

On April 19, 2010, Magistrate D. Thomas Ferraro issued a Report and Recommendation [Doc. No. 66] in which he recommended that the Defendant's Motion to Suppress Evidence [Doc. No. 28] and Defendant's Motion to Dismiss the Indictment [Doc. No. 27] be denied. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. No. 66] is ADOPTED, and;

2. Defendants' Motion to Suppress Evidence [Doc. No. 28] is DENIED, and;

3. Defendant's Motion to Dismiss the Indictment [Doc. No. 27] is DENIED.

DATED this 13th day of May, 2010.

_____
Cindy K. Jorgenson
United States District Judge